IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM MCGOVERN                          :           CIVIL ACTION

          v.                              :

CAROLYN W. COLVIN,                        :
Acting Commissioner of the
Social Security Administration            :           NO.  13-3042

O R D E R

AND NOW, this     19ᵗʰ     day of June, 2014, upon consideration of plaintiff's brief

and motion for summary judgment, defendant's response thereto and review of the Report and

Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is

ORDERED that:

          1.      The Report and Recommendation is APPROVED and ADOPTED; and

          2.      The plaintiff's motion for summary judgment is DENIED.


                              _s/Thomas N. O'Neill, Jr._____
                              THOMAS N. O'NEILL, JR.,      J.